## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

M.E.G.                                                                                                  PLAINTIFF

v.                                          4:11-cv-00050-JJV

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is CONSIDERED, ORDERED, and ADJUDGED that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this <u>3rd</u> day of November, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE